**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ **1AP**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Marybeth Weissberger**   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-9968**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.   $ 491.70   for months **1** to **60** ;
   B.   $ _____ for months _____ to _____ ;
   C.   $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,115.00**   TOTAL PAID $ **3,115.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months _ to _)
Account No: _____   Regular Payment $ _____ /month (Months _ to _)

Unsecured Creditors: Pay $ **447.00** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   Other Provisions Not Included Above:

**Debtor shall provide copies of yearly income tax returns no later than May 15 during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.**

   **Special Intentions:**
   **Seacoast National Bank: Debtor will pay claim directly.**
   **Chase Auto Acct #xxxx0605: Debtor will pay claim directly.**
   **Freedom Road Financial Acct # xxxx7353: Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 **/s/ Marybeth Weissberger**
 **Marybeth Weissberger**
 Debtor

 Date:   February 4, 2014